IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETHANIE HETZ, individually and as parent and natural guardian of A.H., a minor, and TRAVIS HETZ,<br><br>    Plaintiffs,<br><br>vs.<br><br>LORI MENGES individually and LORI MENGES DAYCARE,<br><br>    Defendants. | CIVIL ACTION - LAW<br><br><br><br>NO.   3:21-cv-00027-SLH<br><br><br><br>JURY TRIAL DEMANDED |

### THIRD AMENDED PETITION TO SETTLE A MINOR'S CLAIM AND DISCONTINUE THE ACTION

Petitioner, the parent and natural guardian of the minor, Aaron Hetz, and the parent-plaintiff in her own right, files this petition by and through their attorneys, Gilardi, Oliver & Lomupo and Kevin R. Lomupo, Esquire, to settle a minor's claim and approve distribution and, in support thereof, aver the following:

1. This suit was brought to recover damages for personal injury sustained by the minor-plaintiff (Aaron Hetz) and his mother, Bethanie Hetz. The mother's claim is for negligent infliction of emotional distress.

2. On March 15, 2019, the plaintiffs were residents and citizens of Maryland and the defendant was a resident/citizen of Pennsylvania. The plaintiffs have since moved to Ridgeley, West Virginia.

3. On March 15, 2019, the mother-plaintiff placed her infant son (DOB: April 25, 2018) in the care of the defendant daycare.

4. While at the daycare, the child was placed on the floor so the daycare

1

worker could go to the bathroom and change the diaper of another child. While on the floor, the minor-plaintiff was stomped/kicked by a two-year old sustaining injuries to his face/head/neck. Liability is premised on the alleged lack of supervision of the minor-plaintiff by defendants' staff. There was one (1) staff member assigned to the infant room where Aaron was located. \When that staff member had to leave the room to change another infant's diaper, a staff member from the toddler room had to try and monitor both rooms. As such, that person could not respond quickly to the incident involving Aaron. Additionally, plaintiff alleges that medical personnel were not summoned quickly by the daycare center. Defendant denies all allegations of negligence.

5. The mother-plaintiff was notified by phone of the injuries to her child, and she rushed back to the daycare center. Shortly thereafter, and while 911 was enroute, her child became unresponsive.

6. As a result of the injuries, the minor-plaintiff suffered pain, suffering and inconvenience. All of the minor-plaintiff's medical care was paid for by the Railroad Health and Welfare Plan. Optum represents the interest of that health and welfare plan and has asserted a lien of $9,319.83. See fax from Optum dated November 17, 2022 attached hereto as Exhibit 1.

7. Plaintiff's counsel has rendered the following services:

    A.    Research related to Pennsylvania Daycare operators and statutes;

    B.    Drafted pleadings including complaint and discovery;

    C.    Research and opposition to defendants motion to strike negligent infliction of emotional distress;

    D.    Depositions of mother-plaintiff and the defendant;

    E.    Negotiations on lien reduction; and

    F.    Settlement negotiations.

8. The plaintiff's counsel has incurred expenses of $769.20. See breakdown of expenses attached hereto as Exhibit 2.

9. Plaintiff's counsel requests a fee of $19,166.66 (1/3) for the work performed on behalf of the minor.

10. An affidavit from the minor's physician is attached hereto as Exhibit 3.

11. The affidavit of counsel as required by LCVR 17.1(b) is attached hereto as Exhibit 4.

WHEREFORE, petitioners respectfully request this Court to approve the settlement and the payment of attorney's fee and expenses.

Respectfully submitted,

GILARDI, OLIVER & LOMUPO

By:     /s/ Kevin R. Lomupo
Kevin R. Lomupo, Esquire
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within Third Amended Petition To Settle a Minor's Claim and To Discontinue the Action has been served on the following by electronic email and/or U.S. mail, postage prepaid on this 8th day of February 2023.

Bryan J. Smith, Esquire
Dell, Moser, Lane & Loughney, LLC
Two Chatham Center, Suite 1500
112 Washington Place
Pittsburgh, PA 15219
bjs@dellmoser.com
**Counsel for defendants**

                                        /s/ Kevin R. Lomupo
                                        Kevin R. Lomupo, Esquire
                                        Counsel for Plaintiffs