IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**BETHANIE HETZ, individually and
as parent and natural guardian of A.H.,
a minor, and TRAVIS HETZ,**

    **Plaintiffs,**

v.                                              **CIVIL ACTION NO.: 3:23-CV-45
(GROH)**

**LORI MENGES, individually, and
LORI MENGES DAYCARE,**

    **Defendants.**

### ORDER DIRECTING CLERK OF COURT TO CLOSE THIS CASE

On February 14, 2023, the District Court for the Western District of Pennsylvania entered an Order approving the settlement in this case, discontinuing the action, and transferring it to this District "for jurisdiction over the minor's funds until he reaches the age of majority." ECF No. 58 at 4.

Accordingly, there is no reason for this case to remain on the Court's active docket because it was settled and closed prior to its transfer here. Therefore, the Clerk of Court is **DIRECTED** to remove this case from the Court's active docket.

**DATED**: October 2, 2025

                                                                             GINA M. GROH
                                                                             UNITED STATES DISTRICT JUDGE